LORETTA E. LYNCH
Attorney General
VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM
Chief
JON M. SEWARD
Deputy Chief
PATRICIA L. O'BEIRNE
E-mail: Patricia.O'Beirne@usdoj.gov
BURTIS M. DOUGHERTY
E-mail: Burtis.M.Dougherty@usdoj.gov
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - G Street
Washington, DC 20530
Tel: (202) 514-4713
Fax: (202) 514-1116
EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
SEKRET SNEED
Assistant United States Attorney
Calif. Bar No. 217193
E-mail: Sekret.Sneed@usdoj.gov
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
Tel: (213) 894-3551
Fax: (213) 894-7819
Attorneys for Plaintiff
United States of America

E-FILED- 1/25/16

LINK#18

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; and COUNTRYWIDE HOME LOANS, INC;<br><br>Defendants. | NO. 2:11-cv-10540-PSG-AJW<br><br>[~~PROPOSED~~] **AMENDED CONSENT ORDER** |

_____

Pursuant to Paragraph 19 of the 2011 Consent Order entered in this action on December 28, 2011, and the joint request of the parties, the 2011 Consent Order is hereby amended as follows:

1. The provisions of Paragraphs 12 through 17, 20, 21, 26, and 27 are extended by one (1) year, to December 30, 2016.

2. Defendants have satisfied the requirements of the remaining provisions of the 2011 Consent Order, and those provisions shall expire as originally scheduled on December 28, 2015.

3. As of December 15, 2015, over $305 million has been distributed to aggrieved persons from the Settlement Fund. Within sixty (60) days of the entry of this Amended Order, Defendants shall present a proposal to this Court for the distribution of $15,000,000.00 (fifteen million dollars) to one or more organizations in accordance with the provisions of Paragraph 15 of the 2011 Consent Order.[1] The parties agree that this distribution will leave sufficient funds to compensate all remaining identified aggrieved persons who are participating in this settlement.

---

[1] Paragraph 15 provides that any funds remaining that were designated for Illinois borrowers pursuant to Paragraph 9 of the 2011 Consent Order should be distributed to qualified organization(s) located in Illinois. However, the parties agree that all funds designated for Illinois borrowers will have been distributed as part of the payment of the claims of individual qualified aggrieved persons. Accordingly, there is no specific amount of remaining funds that must be made to qualified organization(s) located in Illinois.

- 2 -

4. No later than October 14, 2016, Defendants shall present a proposal to this Court for the distribution of all money remaining in the Settlement Fund. That distribution will follow the completion of the payment of all claims to identified aggrieved persons, in accordance with the provisions of Paragraph 15 of the 2011 Consent Order.

5. For each recipient of funds provided pursuant to Paragraph 15 of the 2011 Consent Order, the Defendants must obtain that recipient's agreement to use the funds consistent with the terms of the 2011 Consent Order. The Defendants must reserve rights of recourse against any such recipient which may be exercised if the Defendants determine that the funds have not been utilized consistent with the Order.

6. As provided in Paragraph 15 of the 2011 Consent Order, Defendants shall require each recipient of funds to submit to Defendants and the United States a detailed report explaining how it utilized the funds. Each recipient of funds must deliver its respective report(s) to the Defendants and the United States no later than one year after the date on which it receives any such funds. The parties recognize that such reports may be delivered after the expiration of the Amended Consent Order.

So ORDERED, this __25__ day of __January_____, 20_16_.

___PHILIP S. GUTIERREZ___
UNITED STATES DISTRICT JUDGE

The undersigned apply for and consent to the entry of this Order.

**For Plaintiff United States:**

EILEEN M. DECKER
United States Attorney

_/s/Leon Weidman_____
LEON WEIDMAN
Chief, Civil Division

SEKRET SNEED_
Assistant United States Attorney
Calif. Bar No. 217193
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
Email: Sekret.Sneed@usdoj.gov
Phone: (213) 894-3551
Fax: (213) 894-7819

VANITA GUPTA
Principal Deputy Assistant Attorney General

STEVEN H. ROSENBAUM
Chief

JON M. SEWARD
Deputy Chief

_/s/Patricia L. O'Beirne_____
BURTIS M. DOUGHERTY
PATRICIA L. O'BEIRNE
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW – NWB
Washington, DC 20530
Email: Burtis.M.Dougherty@usdoj.gov
Email: Patricia.O'Beirne@usdoj.gov
Phone: (202) 514-4713
Fax: (202) 514-1116

**For All Defendants:**

\_\_/s/Kevin S. Asfour_____
Kevin S. Asfour
K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA  90067
Phone: +1.310.552.5016
Fax: +1.310.552.5001
kevin.asfour@klgates.com
Counsel for Defendants